and *William A. Platz,* Assistant Attorney General, for respondent. 

No. 474. SMITH ET AL. *v.* O'DWYER, MAYOR, ET AL. Court of Appeals of New York. Certiorari denied. ██

No. 493. GRANAT BROS. ET AL. *v.* GOMEZ ET AL., DOING BUSINESS AS GOMEZ MANUFACTURING Co. C. A. 9th Cir. Certiorari denied. *Oscar A. Mellin* for petitioners. *Chellis Carpenter* for respondents. 

Nos. 393 and 398. PEDIGO ET AL. *v.* CELANESE CORPORATION;

No. 394. CARROLL ET AL. *v.* CELANESE CORPORATION;

Nos. 395 and 397. ALRED ET AL. *v.* CELANESE CORPORATION; and

Nos. 396 and 399. WOMACK *v.* CELANESE CORPORATION. Supreme Court of Georgia. Certiorari denied. MR. JUSTICE BLACK thinks petitioners were denied due process of law and that the petition should be granted. *Isadore Katz* and *Warren E. Hall, Jr.* for petitioners. *Barry Wright* for respondent. *Arthur J. Goldberg* and *Thomas E. Harris* filed a brief for the Congress of Industrial Organizations, as *amicus curiae,* supporting the petition. 

No. 68, Misc. GRESHAM *v.* TEXAS. Court of Criminal Appeals of Texas. Certiorari denied. Petitioner *pro se. Price Daniel,* Attorney General of Texas, *Joe R. Green-*